IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANYELLE C. COLLINS, | ) |
|       Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 06-069-JJF |
| MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security, | ) |
|       Defendant. | ) |

ORDER

Based on the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Costs, IT IS ORDERED that Plaintiff's counsel, Gary C. Linarducci, Esquire, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Four Thousand Five Hundred Eighty-Seven dollars and 00/00 cents ($4,587.00) and costs in the amount of Two Hundred Fifty dollars and 00/00 cents ($250.00), as authorized by 28 U.S.C. §§ 2412(d) and 1920, subject to the terms of the above-referenced Stipulation.

BY THE COURT:

_[signature]_
1-3-08

FILED 2008 JAN -2 AM 9:57 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

Scanned